IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| WALTER K. SHELTON, | : | |
| Plaintiff | : | |
| VS. | : | |
| STATE OF GEORGIA, | : | NO. 6:06-CV-22(HL) |
| Defendant | : | **O R D E R** |

Plaintiff **WALTER K. SHELTON** has filed an action under 42 U.S.C. § 1983. Plaintiff also seeks to proceed *in forma pauperis* (Tab # 1). Plaintiff has submitted an inmate's affidavit of indigency, but plaintiff is a non-prisoner. In order to determine whether plaintiff qualifies for *in forma pauperis* status, this Court requires that plaintiff complete a non-prisoner affidavit in support of the request to proceed IFP. ***Martinez v. Kristi Kleaners, Inc.***, 364 F.3d 1305 (11th Cir. 2004). Accordingly, the Clerk of this Court is instructed to provide plaintiff with a copy of the Court's non-prisoner IFP form. If plaintiff still wishes to proceed *in forma pauperis*, he should complete the form, sign it under penalty of perjury, and return it to the office of the Clerk of Court. In the alternative, plaintiff may pay the entire $250.00 filing fee.

Plaintiff shall have thirty (30) days from the date of his receipt of this order to complete the non-prisoner IFP form or to pay the entire filing fee. Failure to comply with this order shall result in the dismissal of plaintiff's complaint. There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 29th day of March, 2005.

                                                  **s/   Hugh Lawson**
                                                  HUGH LAWSON
                                                  UNITED STATES DISTRICT JUDGE

cr